**No. 63965.**—J. J. Sales Corp. *v.* United States, protests 323304–K and 325362–K (New York).

Opinion by OLIVER, C. J. The protests were dismissed.

**No. 63966.**—Traders Service Corporation and Gehrig, Hoban & Co., Inc. *v.* United States, protests 59/22984 and 59/24542 (New York).

Opinion by OLIVER, C. J. The protests were dismissed.

**No. 63967.**—Venetianaire Corp. of America *v.* United States, protests 58/22187, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

**No. 63968.**—The Lee Herrmann Co., a/c The Coldwater Seafood Corp. *v.* United States, protest 58/13780 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp.* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiff was sustained.

**No. 63969.**—Eastern Commission, Inc., et al. *v.* United States, protests 59/10904, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to the fish blocks the subject of *The Lee Herrmann Co., a/c The Coldwater Seafood Corp* v. *United States* (43 Cust. Ct. 49, C.D. 2101), the claim of the plaintiffs was sustained.